1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  MARC PRICE WOLF (CABN 254495)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6488
7       FAX: (415) 436-7234
        marc.wolf@usdoj.gov
8
   Attorneys for United States of America
9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                           OAKLAND DIVISION
12

13 UNITED STATES OF AMERICA,           )  CASE NO. CR 16-304 HSG
                                       )
14       Plaintiff,                    )
                                       )  NOTICE OF DISMISSAL
15    v.                               )
                                       )
16 ALTARIQ JENKINS,                    )
                                       )
17       Defendant.                    )
                                       )

NOTICE OF DISMISSAL
CR 16-0304 HSG

1   With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United
2   States Attorney for the Northern District of California dismisses the above indictment without prejudice.

DATED: January 20, 2017                          Respectfully submitted,

                                                 BRIAN J. STRETCH
                                                 United States Attorney

                                                 /s/ B. Valliere

                                                 Barbara Valliere
                                                 Chief, Criminal Division

                                                 Marc Price Wolf
                                                 Assistant United States Attorney

### [~~PROPOSED~~] ORDER

Based upon the motion of the United States, IT IS HEREBY ORDERED that leave is granted to the United States to dismiss without prejudice the above-captioned Indictment.

Date: 1/20/2017

_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge

NOTICE OF DISMISSAL
CR 16-0304 HSG